JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 745 -- In re Continental Bank/Sheldon Somerman & Entities Bank
Loan Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/10/07 | 1 | MOTION, BRIEF, CERTIFICATE OF SERVICE, SCHEDULE OF ACTIONS, A-1 through A-5 -- Defendants Continental Bank -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF PENNSYLVANIA -- SUGGESTED TRANSFEREE JUDGE: (tmq) |
| 87/10/16 | 2 | REQUEST FOR EXTENSION OF TIME -- Filed by James Drilling Co., Inc., et al. -- GRANTED TO ALL PARTIES TO AND INCLUDING NOVEMBER 5, 1987  -- Notified involved counsel (rh) |
| 87/10/16 | | APPEARANCES:  BRIEN E. CRAWFORD, ESQ. for James Drilling Co., Inc., et al.; and NICHOLAS E. CHIMICLES, ESQ. for Louis E. Waxman, etc. and W.J. Alphin, etc.  (cds) |
| 87/10/19 | | APPEARANCE:  CHARLES K. REASONOVER, ESQ. for Continental Bank (cds) |
| 87/10/22 | | APPEARANCE:  MARK E. KOGAN, ESQ. for George W. Davies. (tmq) |
| 87/10/23 | 3 | JOINDER, MEMO -- George W. Davies, et al. -- w/cert. of svc. (tmq) |
| 87/11/09 | 4 | RESPONSE (to pldg. #1) -- James Drilling Co., Inc. -- w/cert. of svc. (tmq) |
| 87/11/17 | 5 | REPLY -- defts. Continental Bank -- w/Exhibits and cert. of service  (cds) |
| 87/11/23 | | APPEARANCE:  DAVID C. FRANCESKI, JR., ESQ. for Shearson Lehman Bros., Inc. (cds) |
| 87/12/14 | | HEARING ORDER -- Setting motion to transfer for Panel hearing in Ft. Lauderdale, Florida, on January 28, 1988. (tmq) |
| 88/01/14 | | APPEARANCE:  JAMES E. MIXON, ESQ. for James Drilling Co., ewt al. (paa) |
| 88/01/26 | | HEARING APPEARANCES FOR JAN. 28, 1988 -- CHARLES REASONOVER, ESQ. for Continenntal Bank  (cds) |
| 88/01/26 | | WAIVERS OF ORAL ARGUMENT:  George W. Davies, et al.; Louis Waxman; Shearson Lehman Bros., Inc.; James Drilling Co., Inc., et al.  (cds) |



JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____  --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/02/11 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Eastern District of Pennsylvania to the Hon. Clarence  C. Newcomer for pretrial proceedings (rh) |
| 88/02/11 | | TRANSFER ORDER -- transferring A-5 to the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 745 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  In re Continental Banks/Sheldon Somerman & Entities Bank Loan Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 28, 1988 | | | | | | |
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 11, 1988 | TO | Unpublished | E.D. Pennsylvania | Hon. Clarence C. Newcomer | |

### Special Transferee Information

DATE CLOSED: *1-19-89*

JPML FORM 1

LISTING OF INVOLVED ACTIONS

E.D. Pennsylvania

Judge Carence C. Newcomer

DOCKET NO. 745 -- In re Continental Bank /Sheldon Somerman & Entities Bank Loan Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | George W. Davies, et al. v. Continental Bank | Pa.,E. Newcomer | 86-6508 | | | 11/16/88 D | |
| A-2 | Louis E. Waxman, etc. v. ~~Continental Bancorp, Inc., et al.~~ Shearson Lehman Brothers, Inc. | Pa.,E. Newcomer | 86-7516 | | | 11/16/88 D | |
| A-3 | Midlantic Banks, Inc., et al. v. Continental Bancorp, Inc., et al. | Pa.,E. Newcomer | 86-6939 | | | 5/3/87 ? | |
| A-4 | W.J. Alphin, etc. v. Continental Bancorp, Inc., et al. | Pa.,E. Newcomer | 86-6872 | | | 9/21/87 | |
| A-5 | James Drilling Company, Inc., et al. v. Continental Bank | La.,W. Walter | 87-0184 | 2-11-88 | 85-1533 | 1/12/89 | |

July 1988 — 1 TR / 2 + 2 / 1 / 3 Pdg.
July 1989 — 3 Dis / Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __745__ -- __In re Continental Bank/Sheldon Somerman & Entities Bank__

__Loan Litigation__

---

GEORGE W. DAVIES, ET AL. (A-1)

Mark E. Kogan, Esq.
Abramson, Cogan, Kogan, Freedman & Thall
2128 Locust Street
Philadelphia, PA  19103

LOUIS E. WAXMAN, ETC. (A-2)
W.J. ALPHIN, ETC. (A-4)
Nicholas E. Chimicles, Esq.
Greenfield & Chimicles
One Haverford Centre
Haverford, PA  19041

MIDLANTIC BANKS, INC., ET AL. (A-3)
(No appearance received)
Leonard Dubin, Esq.
Blank, Rome, Comisky & McCauley
Four Penn Center Plaza
Philadelphia, PA  19103

JAMES DRILLING CO., INC., ET AL. (A-5)

James E. Mixon, Esquire
Minard & Mixon
Post Office Drawer 840
Columbus, Louisiana  71418


SHEARSON, LEHMAN BROS., INC.

David C. Franceski, Jr., Esq.
Stradley, Ronon, Stevens & Young
1100 One Franklin Plaza
Philadelphia, PA  19102

CONTINENTAL BANK

Charles K. Reasonover, Esq.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA  70130

CONTINENTAL BANCORP, INC.
ROY T. PERAINO
RICHARD C. RISHEL
ROBERT VAN BUREN
GEORGE E. STOCK
(No appearance received)
Leonard Dubin, Esq.
(already listed above)

Case MDL No. 745   Document 1   Filed 06/12/15   Page 6 of 6

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 745 -- In re Continental Bank /Sheldon Somerman & Entities
Bank Loan Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| CONTINENTAL BANK | A-3   A-4 |
| | A-1 |
| SHEARSON, LEHMAN BROS. INC. | A-2 |
| CONTINENTAL BANCORP,INC. | |
| ROY T. PERAINO | A-3   A-4 |
| RICHARD C. RISHEL | A-3   A-4 |
| ROBERT VAN BUREN | A-3 |
| GEORGE E. STOCK | A-3 |
| MIDLANTIC BANKS, INC. | A-4 |
| | |
| | |
| | |